# EXHIBIT 2

| | |
|---|---|
| **From:** | giddings.daniel@epa.gov |
| **To:** | St. John, Joseph |
| **Cc:** | Creech.Christopher@epa.gov; pantziris.jack@epa.gov; khan.zahra@epa.gov; hoang.anhthu@epa.gov; dykeman.denise@epa.gov; biffl.betsy@epa.gov; Stein.Jonathan@epa.gov; temple.kurt@epa.gov |
| **Subject:** | Re: Freedom of Information Act Request No. EPA-2023-005099 |
| **Date:** | Tuesday, July 25, 2023 8:10:23 AM |
| **Attachments:** | EPA-2023-005099 Initial Response Letter- St. John .pdf<br>Request Clarification Letter.pdf |

*CAUTION:  This email originated outside of Louisiana Department of Justice.  Do not click links or open attachments unless you recognize the sender and know the content is safe.*

See attached for Initial Response letter re: Re: Freedom of Information Act Request No. EPA-2023-005099

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.