# EXHIBIT 8

December 8, 2023

Joseph S. St. John:
State of Louisiana, Department of Justice
Office of the Attorney General
P.O. BOX 94005
Baton Rouge, 70804-9005

Re: Freedom of Information Act Request No. EPA-2023-005099 Interim Response

Dear Mr. St., John

      This letter concerns the above-mentioned Freedom of Information Act (FOIA) request, submitted to the U.S. Environmental Protection Agency (EPA), National FOIA Office (NFO) on June 29, 2023 in which you requested:

1. Any and all Records regarding, related to, or mentioning the Subject Matter exchanged between or among EPA and the following people and/or organizations:

- ☐ Halle Parker and/or Nola.com;
- ☐ Morgan Radford and/or MSNBC;
- ☐ Timothy Puko, Darryl Fears, Michael Phillis, and/or The Washington Post;
- ☐ Oliver Laughland and/or The Guardian;
- ☐ Anna McAllister and/or WGNO;
- ☐ Mike Smith and/or The Advocate.
- ☐ Bobbi-Jeanne Misick and/or WWNO;
- ☐ Sharon Lavigne and/or RISE St. James;
- ☐ Any other rememeber of RISE St. James;
- ☐ Dr. Beverly Wright and/or The Deep South Center for Environmental Justice;
- ☐ Monique Harden and/or The Deep South Center for Environmental Justice;
- ☐ Rev. Gregory Manning and/or Coalition Against Death Alley;
- ☐ Any member of Concerned Citizens of St. John;
- ☐ Robert Taylor; and
- ☐ Brenda Bryant.

2. Any and all Records regarding, related to, or mentioning any requests to schedule a meeting or conference with Administrator Michael S. Regan ("Administrator Regan") or his representatives during the Journey to Justice tour in Louisiana, whether the request was made before or during the Journey to Justice tour in Louisiana. This request specifically includes any requests by organizations and/or entities representing industrial facilities in Louisiana, such as the Louisiana Chemical Association.

3a. The calendar of Administrator Regan, electronic or otherwise, for all dates during the Journey to Justice tour.

3b. Any and all Records regarding, related to, or mentioning the scheduling any meeting or conference between Administrator Regan or his representatives and any group, person, or organization during the Journey to Justice tour in Louisiana.

4. Any and all Records provided by EPA to, or provided to EPA by, any meeting participant during, or as a follow-up to, any meeting with Administrator Regan or his representatives during the Journey to Justice tour in Louisiana.

5. Any and all notes, handwritten or electronic, taken or created by EPA, including Administrator Regan or his representatives, during the Journey to Justice tour in Louisiana, including any notes, handwritten or electronic, taken by EPA, including Administrator Regan or his representatives, during or about any meeting during the Journey to Justice tour in Louisiana.

6. Any and all Records or communications regarding, related to, or mentioning the Subject Matter provided to EPA by any of the following or provided by EPA to any of the following:
- ☐ Concerned Citizens of St. John;
- ☐ Sierra Club;
- ☐ Stop the Wallace Grain Terminal;
- ☐ Inclusive Louisiana;
- ☐ RISE St. James;
- ☐ Louisiana Bucket Brigade;
- ☐ Tulane Environmental Law Clinic;
- ☐ Any member or officer of those organizations; and/or
- ☐ Any counsel, person, or group representing those organizations.

7. Any and all Records regarding, related to, or mentioning the Complaint dated January 20, 2022 submitted to EPA by Concerned Citizens of St. John and the Sierra Club, including all communications between EPA and Concerned Citizens of St. John, the Sierra Club, counsel for Concerned Citizens of St. John and the Sierra Club, and any member, representative, or counsel of those organizations, whether before or after January 20, 2022. For the avoidance of doubt, communications regarding informal resolution of that complaint are within the scope of this request.

8. Any and all Records regarding, related to, or mentioning the Complaint dated

February 1, 2022 submitted to EPA by Stop the Wallace Grain Terminal, Inclusive Louisiana, RISE St. James, the Louisianan Bucket Brigade, and/or the Tulane Environmental Law Clinic between EPA and Stop the Wallace Grain Terminal, Inclusive Louisiana, RISE St. James, the Louisianan Bucket Brigade, and the Tulane Environmental Law Clinic, including any communications between EPA and any member, representative, or counsel of those organizations, whether before or after February 1, 2022. For the avoidance of doubt, communications regarding informal resolution of that complaint are within the scope of this request.

9. Any and all evidence underlying EPA's Letter of Concern to Dr. Chuck Carr Brown and Dr. Courtney N. Phillips, dated October 12, 2022, and signed by Lilian S. Dorka.

10. Any and all communications regarding EPA's Administrative Closure of EPA Complaint Nos. 01R-22-R6 and 04R-22-R6.

11. Any and all communications regarding EPA's Administrative Closure of EPA Complaint No. 02R-22-R6.

The Agency is now releasing records in response to your request. The records EPA is releasing include 106 records responsive to Parts 1 and 6 of the clarified request composed of: external communications to or from complainants (Earthjustice, Lawyers Committee for Civil Rights, Tulane Environmental Law Clinic), members of the press, and environmental NGO or advocacy groups. EPA has considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

Please note that this is an interim response, and the EPA continues to work on your request. The Agency expects to release the next interim production on December 22, 2023.

Again, your request is not being closed at this time. When your request is closed, you will receive information concerning your appeal rights for any part of EPA's response. If you have any questions about this interim production or your request generally, please contact Danny Giddings at Giddings.daniel@epa.gov or by phone at 202-768-2100. Additionally, you may seek assistance from EPA's FOIA Public Liaison at hq.foia@epa.gov or call (202) 566-1667. Last, you may also seek assistance from the Office of Government Information Services (OGIS). You may contact OGIS in any of the following ways: by mail, Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email: ogis@nara.gov; telephone: (202) 741-5770 or (877) 684-6448; or fax: (202) 741-5769.; telephone: (202) 741-5770 or (877) 6846448; or fax: (202) 741-5769.

                                                    Sincerely,

*Danny Giddings*

Danny Giddings
OEJECR Chief of Staff/Staff Officer
Acting FOIA Coordinator