*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| State of Louisiana<br>Plaintiff | Case No.   2:23-cv-1774 |
| VS.<br>United States Environmental Protection Agency<br>Defendant | Judge   James D. Cain, Jr.<br>Magistrate Judge   Thomas P. LeBlanc |

**ORDER**

IT IS ORDERED that <u>Drew C. Ensign</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>the State of Louisiana</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge