UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | No. 2:23-CV-01774 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

Dated: April 15, 2025

                                           Respectfully submitted,

                                           */s/ Tracy L. Short*
                                           TRACY L. SHORT (#23940)
                                           Assistant Attorney General
                                           Louisiana Attorney General's Office
                                           1885 N. Third Street
                                           Baton Rouge, LA 70802
                                           shortt@ag.louisiana.gov

                                           *Attorney for Plaintiff*

ALEXANDER C. VAN HOOK
Acting United States Attorney

*/s/ Shannon T. Smitherman*
SHANNON T. SMITHERMAN (#32366)
Assistant United States Attorneys
300 Fannin Street, Ste. 3201
Shreveport, LA 71101
Telephone: (318) 676-3600
Email: shannon.smitherman@usdoj.gov

*Attorneys for Defendant*